UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-20756-CIV-SEITZ/O'SULLIVAN

JOSEPH BONIFACIO,

    Plaintiff,

vs.

FIRSTSOURCE FINANCIAL SOLUTIONS, LLC,

    Defendant.

_____/

**ORDER OF FINAL DISMISSAL**

THIS MATTER is before the Court on the Plaintiff's Notice of Voluntary Dismissal [DE-7]. Upon consideration, it is hereby

ORDERED THAT

1) This case is DISMISSED without prejudice.

2) All motions not otherwise ruled upon are DENIED as moot.

3) This case is CLOSED.

DONE and ORDERED in Miami, Florida, this 6 day of April, 2011.

                              PATRICIA A. SEITZ
                              UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record